# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

==Dismissal without prejudice acknowledged [14]. JMS, DJ 5/17/2023 Distribution via ECF==

**MELISSA WEBB,**

     Plaintiff,

                                   Case Number: 1:23-cv-00028-JMS-MG

     v.

**EXPERIAN INFORMATION SOLUTIONS, INC.,**

     Defendant.

_____/

## PLAINTIFF'S NOTICE OF

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff hereby voluntary dismisses this matter without prejudice.

Dated May 16, 2023,

*/s/ Thomas M. Bonan*
Thomas M. Bonan
FL Bar # 118103
SERAPH LEGAL, P. A.
1614 N 19TH Street
Tampa, FL 33605
Tel: 813-321-2347
Fax: 855-500-0705
tbonan@seraphlegal.com
Counsel for Plaintiff